Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Christensen, Chad James
Christensen, Katherine Hill

           Debtors.

Case No. 22-00145-NGH
Chapter 7

**MINUTES OF 341(a) MEETING OF CREDITORS**

Date of Meeting: 05/19/2022, 09:00 AM

Location of Meeting: Boise, Idaho

Recorder Track No.: 14

1. Debtors were sworn and examined.

2. Debtors' attorney was present.

3. Debtors' identifications were verified.

4. Debtors' social security numbers were verified.

5. The following creditors and/or parties in interest appeared at the meeting: Counsel Lynnette Davis on behalf of Creditor Alexander Abel; Steve Cilley and Jessie Day Cilley.

6. The meeting was continued to 06/15/2022 at 10:00 am MT.

Date: May 24, 2022
                                                  /s/ Timothy R. Kurtz
                                                  Chapter 7 Bankruptcy Trustee