## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) |
| | ) |
| Chad James Christensen | ) Case Number:    22–00145–NGH |
| dba Christensen Homes | ) |
| 3037 W. Tubac Dr. | ) Chapter Number: 7 |
| Meridian, ID 83646 | ) |
| | ) |
| Social Security No.: xxx–xx–3705 | ) |
| Employer's Tax I.D. No.: | ) |
| | ) |
| Debtor | ) |
| | ) |
| Katherine Hill Christensen | ) |
| aka Kate Christensen | ) |
| 3037 W. Tubac Dr. | ) |
| Meridian, ID 83646 | ) |
| | ) |
| Social Security No.: xxx–xx–8360 | ) |
| Employer's Tax I.D. No.: | ) |
| | ) |
| Joint Debtor | ) |

_____

### NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has notified the court that payment of a dividend to creditors appears possible.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address below on or before 90 days from the date of this notice.

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a copy of the claim (along with the original), and a stamped self–addressed envelope.

There is no fee for filing the proof of claim.

*Any creditor who has previously filed a proof of claim in this case need not file another claim.*

NOTICE IS FURTHER GIVEN THAT:

The trustee may need to pay necessary administrative expenses of the bankruptcy estate. If an expense does not exceed $1,000, the trustee may pay the expense without obtaining a court order in advance. If you object to this procedure, then you must file an objection with the Bankruptcy Court within 14 days from the date of this notice.

Dated: 6/3/22                                                                         Stephen W Kenyon
                                                                                               Clerk, U.S. Bankruptcy Court

Address of the Bankruptcy Court:
U.S. Bankruptcy Court, Suite 400
550 West Fort Street

Boise, ID 83724