UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>CHAD JAMES CHRISTENSEN and<br>KATHERINE HILL CHRISTENSEN,<br><br>Debtor. | Case No. 22-00145-NGH<br><br>Chapter 7 |

**ORDER GRANTING MOTION TO APPROVE COMPROMISE WITH CREDITOR ALEXANDER ABEL AS MODIFIED BY THE STIPULATION BETWEEN THE PARTIES**

Before the Court is the *Motion to Approve Compromise under Rule 9019* (Dkt. No. 30) (the "**Motion**"), filed by Timothy R. Kurtz, Chapter 7 Trustee ("**Trustee**") on June 7, 2022, and the *Stipulation Modifying Compromise with the Estate and Resolving Debtors' Objection to Motion to Approve Compromise (Dkt. No. 30)* (the "**Stipulation**"), entered into among Trustee, Debtors Chad J. Christensen and Katherine H. Christensen ("**Debtors**"), and creditor Alexander Abel ("**Abel**"), and for good cause appearing, **IT IS HEREBY ORDERED**:

1. The proposed compromise as stated in the Motion, as modified by the Stipulation, is **APPROVED** as fair and equitable and in the best interest of creditors and the bankruptcy estate, as herein provided; and

2. Abel shall pay to Trustee Two Thousand Five Hundred Dollars ($2,500.00) upon entry of this Order. In exchange, Trustee shall immediately, upon payment of the above amount but in no event more than five (5) calendar days from payment of such funds, file in the official

ORDER GRANTING MOTION TO APPROVE COMPROMISE WITH
CREDITOR ALEXANDER ABEL AS MODIFIED BY THE STIPULATION
BETWEEN THE PARTIES  - 1

56381.0002.14932242.1

records of Ada County, Idaho a release of the Lien claimed by Debtors, as described in and pursuant to the *Stipulation and Agreement Resolving Debtors' Claimed Lien and Counterclaim* (Dkt. No. 29).

3. Abel, Debtors, and Trustee reserve all rights related to the counterclaims described in the Motion.

4. The hearing on the Motion and Debtors' objection thereto to be held on July 25, 2022, at 1:30 p.m. (MT) is hereby **VACATED**.//end of text//

DATED: July 25, 2022



_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

Submitted by:

/s/ Brent R. Wilson
Brent R. Wilson, ISB No. 8936
Attorneys for Abel


Approved as to form:


/s/ Matthew Bennett
Matthew Bennett
Attorney for Debtors


/s/ Matthew T. Christensen
Matthew T. Christensen
Attorney for Trustee

ORDER GRANTING MOTION TO APPROVE COMPROMISE WITH
CREDITOR ALEXANDER ABEL AS MODIFIED BY THE STIPULATION
BETWEEN THE PARTIES  - 2

56381.0002.14932242.1